1  Robert M. Saunders (CA Bar No. 226172)
   PACHULSKI STANG ZIEHL & JONES LLP
2  10100 Santa Monica Blvd., 13th Floor
   Los Angeles, CA  90067-4003
3  Telephone: 310.277.6910
   Facsimile: 310.201.0760
4  E-mail:  rsaunders@pszjlaw.com

5  Special Counsel to Reorganized Debtor

6

7                    **UNITED STATES BANKRUPTCY COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9                         **LOS ANGELES DIVISION**

10       **(Assigned to Judge Smith, located in the Santa Ana Division)**

11  In re                                  Case No.:  2:01-bk-16577-ES

12  CALIFORNIA POWER EXCHANGE             Chapter 11
    CORPORATION,
13                                        **NOTICE OF REORGANIZED
                  Reorganized Debtor.     DEBTOR'S MOTION FOR ORDER IN
14                                        AID OF CONSUMMATION OF
                                          CHAPTER 11 PLAN APPROVING
15                                        FINAL CLEARING OF ITS MARKETS,
                                          PAYMENT OF CLASS 6 AND 7 CLAIMS,
16                                        AND WIND DOWN OF OPERATIONS
                                          PURSUANT TO ITS CONFIRMED AND
17                                        EFFECTIVE PLAN AND AN ORDER OF
                                          THE FEDERAL ENERGY
18                                        REGULATORY COMMISSION**

19                                        [No hearing requested pursuant to LBR
                                          9013-1(o)]
20

21  **TO THE HONORABLE ERITHE SMITH, UNITED STATES BANKRUPTCY JUDGE,**

22  **THE OFFICE OF THE UNITED STATES TRUSTEE, THE FEDERAL ENERGY**

23  **REGULATORY COMMISSION, CALPX/CAISO MARKET PARTICIPANTS THAT ARE**

24  **OWED/OWING REFUND AMOUNTS PURSUANT TO THE FERC REFUND**

25  **PROCEEDING[1] AND PARTIES ON THIS COURT'S ECF SERVICE LIST AND/OR**

26

27  [1] The movant is also emailing parties to the FERC Refund Proceeding Docket EL00-95 who are on FERC's
    email service list for that docket.

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:338527.4 12534/003

1    **REQUESTING SPECIAL NOTICE:**

2        **PLEASE TAKE NOTICE** that the Motion is based upon the *Reorganized Debtor's Motion*

3    *for Order in Aid of Consummation of Chapter 11 Plan Approving Final Clearing of Its Markets,*

4    *Payment of Class 6 And 7 Claims, and Wind Down of Operations Pursuant to Its Confirmed and*

5    *Effective Plan and an Order of the Federal Energy Regulatory Commission* (the "<u>Motion</u>"), the

6    accompanying memorandum of points and authorities and the supporting declaration of David K.

7    Gottlieb (the "<u>Declaration</u>") filed concurrently (collectively, along with the RFJN defined below, the

8    "<u>Motion Pleadings</u>"), the record in this case, and any other evidence before the Court prior to or at

9    the hearing on the Motion, and all matters of which this Court may properly take judicial notice,

10    including pursuant to the concurrently filed *Reorganized Debtor's Request for Judicial Notice in*

11    *Support of Reorganized Debtor's Motion for Order in Aid of Consummation of Chapter 11 Plan*

12    *Approving Final Clearing of Its Markets, Payment of Class 6 and 7 Claims, and Wind Down of*

13    *Operations Pursuant to Its Confirmed and Effective Plan and an Order of the Federal Energy*

14    *Regulatory Commission* ("<u>RFJN</u>").[2]  If you wish to obtain a copy of the Motion Pleadings, please

15    contact the office of counsel for the Reorganized Debtor, attn.: Robert M. Saunders by e-mail at

16    rsaunders@pszjlaw.com.

17        **PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rule of Bankruptcy

18    Procedure 9013-1(o)(1), any objection to the Motion must be filed and served upon the Reorganized

19    Debtor no later than fourteen (14) days of the mailing of this Notice of Motion.  Any such objection

20    must be accompanied by any declarations or memoranda of law that the objecting party wishes to

21    present in support of its position.  The failure to properly file and serve a response to this Motion in

22    accordance with the foregoing schedule may be deemed consent to the relief requested in the Motion

23    or a waiver of any right to oppose the Motion.

24        The Motion constitutes a near final step toward the conclusion of this postconfirmation Case.

25    More than nineteen years ago, on November 1, 2002, this Court entered its Confirmation Order

26    confirming the Plan, which provides for certain distribution procedures that are expressly subject to

27    _____

28    [2] Capitalized terms that are not expressly defined herein have the meanings ascribed to such terms in the
Motion Pleadings or the Plan.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  replacement by alternative terms that may be approved by FERC.  Approximately eighteen years

2  after the April 1, 2003 Effective Date of the Plan, FERC, on May 20, 2021, issued its FERC Overlay

3  Order, which approved the calculation of "refunds for transactions that took place in the California

4  organized markets during the Refund Period (October 2, 2000 – June 20, 2001)" and approved steps

5  for market clearing and the winddown of CalPX.  The FERC Overlay Order thereby facilitates

6  distributions to Plan Classes 6 and 7, which distributions were dependent on a FERC order under the

7  express terms of the Plan.  The distribution procedures approved by FERC in the FERC Overlay

8  Order differ from much of the distribution terms set forth in Plan Exhibit 3 *Allowance and*

9  *Distribution Procedures*; nevertheless, they become the distribution procedures under the Plan by

10  such express Plan terms (as identified in the Motion).  The Motion asks this Court to approve the

11  same distribution, market clearance, and wind down Procedures approved by FERC in the FERC

12  Overlay Order, thereby permitting distributions to Plan Classes 6 and 7.

13       **PLEASE TAKE FURTHER NOTICE** that if a response is not timely filed and served upon

14  undersigned counsel, the Court may grant the relief requested in the Motion without further notice or

15  hearing.

17  DATED:  July 1, 2021           PACHULSKI STANG ZIEHL & JONES LLP

18              By: */s/ Robert M. Saunders*

19                Robert M. Saunders
              Special Counsel to Reorganized Debtor

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):  ***NOTICE OF REORGANIZED DEBTOR'S MOTION FOR ORDER IN AID OF CONSUMMATION OF CHAPTER 11 PLAN APPROVING FINAL CLEARING OF ITS MARKETS, PAYMENT OF CLASS 6 AND 7 CLAIMS, AND WIND DOWN OF OPERATIONS PURSUANT TO ITS CONFIRMED AND EFFECTIVE PLAN AND AN ORDER OF THE FEDERAL ENERGY REGULATORY COMMISSION*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **<u>July 1, 2021,</u>** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) **<u>July 1, 2021,</u>** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **<u>July 1, 2021,</u>** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**<u>VIA OVERNIGHT MAIL</u>:**
The Honorable Erithe A. Smith
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 1, 2021 | Myra Kulick | /s/ *Myra Kulick* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                         **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:338530.1 12534/003

**SERVICE INFORMATION FOR CASE NO. 2:01-bk-16577-ES**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>

- *Franklin C Adams     franklin.adams@bbklaw.com,
  arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com*
- *Julie A Belezzuoli     julie.belezzuoli@kayescholer.com*
- *Dennis G Bezanson     dennis.bezanson@bbklaw.com,
  arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com*
- *Charles Canter     charles.canter@usdoj.gov*
- *Louis J. Cisz     lcisz@nixonpeabody.com, jzic@nixonpeabody.com*
- *Alicia Clough     aclough@loeb.com, mnielson@loeb.com,ladocket@loeb.com*
- *Marc S Cohen     mscohen@loeb.com, klyles@loeb.com*
- *Ashleigh A Danker
  Ashleigh.danker@dinsmore.com;SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com,
  SDCMLFiles@DINSMORE.COM;Katrice.ortiz@dinsmore.com*
- *Joseph A Eisenberg     jae@jmbm.com, bt@jmbm.com*
- *Mark Gorton     mgorton@boutininc.com, cdomingo@boutininc.com*
- *Keith E Johnson     kjohnson@goodinmacbride.com*
- *Gary M Kaplan     gkaplan@fbm.com*
- *Quinn Scott Kaye     kaye@millercanfield.com*
- *Merle Meyers     mmeyers@mlg-pc.com*
- *Nikhila Raj     nraj@fulbright.com*
- *Elaine M Seid     emseid@mstpartners.com*
- *Matthew J. Shier     mshier@shierkatz.com, mterry@shierkatz.com*
- *Matthew J Troy     matthew.troy@usdoj.gov*
- *United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov*
- *Philip S Warden     philip.warden@pillsburylaw.com,
  thomas.loran@pillsburylaw.com;kathy.stout@pillsburylaw.com;deirdre.campino@pillsburylaw.com*
- *Howard J Weg     hweg@robinskaplan.com*
- *Rebecca J Winthrop     rebecca.winthrop@nortonrosefulbright.com,
  diana.cardenas@nortonrosefulbright.com*
- *Alan Z Yudkowsky     ayudkowsky@stroock.com*
- *Alan Z Yudkowsky     AZYLaw@earthlink.net*

III. <u>**SERVED VIA REGULAR U.S. MAIL:**</u>

(see attached service list)

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:338530.1 12534/003

**CalPX**
**FERC Service List**

Kimberly D. Bose, Secretary
Nathaniel J. Davis, Sr., Deputy Secretary
Federal Energy Regulatory Commission
888 First Street, N.E.
Washington, DC 20426

El Paso Energy Merchant, L.P.
Legal Department
1001 Louisiana St
Houston, TX 77002-5089

Covington & Burling
Partner
Nicholas Fels
1201 Pennsyvanaia Avenue N.W.
Washington, DC 20004

Pacific Gas and Electric Company
PG&E Law Dept FERC Cases
77 Beale Street
San Francisco, CA 94105

Berman and Todderud LLP
Stan Berman
3502 Fremont Ave N, #1
Seattle, WA 98103

Duncan, Weinberg, Genzer & Pembroke PC
Lisa Gast
1667 K Street, NW, Suite 700
Washington, DC 20006

CA Electricity Oversight Board
Legal Department
455 Golden Gate Ave; Ste 11000
San Francisco, CA 94102-7004

Moyes Storey
3003 N. Central Ave. #12
Phoenix, AZ 85012

Irrigation & Electrical District Association
Robert Lynch, Attorney at Law
340 E. Palm Lane
Suite 140
Phoenix, AZ 85004-4603

STRATEGY INTEGRATION
President
Eric Woychik
9901 Caloden Lane
Oakland, CA 94605

KR Saline and Associates
Kenneth Saline
160 N Pasadena Ste 101
Mesa, AZ 85201-6764

CA Independent System Operator
Corporation
Director of Infrastructure Con
Deborah Le Vine
250 Outcropping Way
Folsom, CA 95630

PPL Montana, LLC
David B. Kinnard, Associate General
Counsel
303 North Broadway, Suite 400
Billings, MONTANA 59101

K & L Gates, LLP
Donald A Kaplan
1601 K Street, NW
Washington, DC 20006

Metropolitan Water District of Southern CA
JON LAMBECK, MANAGER
700 N Alameda St
Los Angeles, CA 90012-2944

Duncan & Allen LLP
Donald Allen
1575 Eye Street, N.W., Suite 300
Washington, DC 20005

Independent Energy Producers Association
Executive Director
Jan D Smutny-Jones
1215 K Street,Suite 900
Sacramento, CA 95814

PINNACLE WEST CAPITAL
CORPORATION
400 NORTH FIFTH STREET
MS8695
PHOENIX, AZ 85004

Electric Power Supply Association
1401 New York Ave, NW, Suite 950,
Washington, DC 20005-2110

Duncan Weinberg Genzer & Pembroke, PC
Kristen Connolly McCullough
1667 K Street, NW, Suite 700
Washington, DC 20006

Duncan, Weinberg, Genzer & Pembroke PC
Sean Neal
915 L Street, Suite 1410
Sacramento, CA 95814

Sidley Austin LLP
Heather Curlee
701 Fifth Ave, Suite 5100
INC000000445898
Seattle, WA 98104

City of Azusa, CA
Joseph F Hsu, Director
729 N Azusa Ave
Azusa, CA 91702-2528

Steptoe & Johnson LLP
Jennifer Key
1330 Connecticut Ave., N.W.
Washington, DC 20036-1795

City of Banning, CA
Dir. Public Works
Tim Earheart
176 E Lincoln St
Banning, CA 92220-4962

Thompson Coburn LLP
Bonnie Blair
1909 K Street, N.W., Suite 600
Washington, DC 20006

San Diego, City of
Attn: Leslie J Girard or Fritz M Ortlieb
202 C Street
San Diego, CA 92101

McCarter & English, LLP
Robert O'Neil
1301 K Street N.W.
Suite 1000 West
Washington, DC 20005

Colorado Office of Consumer Counsel
1560 Broadway, Suite 200
Denver, CO 80202

American Association of Business Persons
with Disabilities
President
Ira Schoenholtz
2 Woodhollow
Irvine, CA  92604-3229

Hunton & Williams LLP
Theodore Murphy, Esq.
2200 Pennsylvania Ave., NW
Washington, DC  20037-1701

Moyes, Sellers and Hendricks Ltd.
1850 N. Central Ave, Suite 1100
Phoenix, AZ 85004-4541

Brickfield Burchette Ritts & Stone, PC
Michael McCarty
1050 30th Street, NW
Washington, DC  20007

Leonard Street and Deinard, PA
Steven Weiler
1401 New York Avenue, NW
Suite 900
Washington, DC  20005

Jennings, Strouss & Salmon, P.L.C.
Partner/Attorney
Deborah Swanstrom
1350 I Street, NW, Suite 810
Washington, DC  20005

McNees Wallace & Nurick LLC
Samuel Randazzo
21 East State Street, 17th Floor
Columbus, OHIO  43215

BP Energy Company
Senior Counsel
Casey McFaden
600 N. Dairy Ashford
ML 2064
Houston, TX  77079

Troutman Sanders LLP
Jeffrey Jakubiak
200 Park Avenue
New York, NEW YORK  10166

City of Vernon, CA
City Administrator
Donal O'Callaghan
4305 Santa Fe Ave
Vernon, CA  90058-1714

McDermott Will & Emery LLP
Robert M Lamkin
500 N. Capitol Street, NW
Washington, DC  20001

MURPHY & BUCHALL LLP
Paul Murphy
2000 NW First Ave., Suite 320
Portland, OREGON  97201

Braun Blaising Smith Wynne, P.C.
Charles Braun
915 L Street, Suite 1270
Sacramento, CA  95814

McCarter & English, LLP
Randolph Elliott
1301 K Street N.W.
Washington, DC  20005

American Public Power Association
2451 Crystal Drive, Suite 1000
Arlington, VA 22202

InterGen North America, LP
Vimal  Chauhan
15 Wayside Rd
Burlington, MA 01803-4620

Metropolitan Water District of Southern CA
Senior Deputy General Counsel
Mark Parsons
Box 54153
Los Angeles, CA  90054-0153

Jennings, Strouss & Salmon, P.L.C.
Deborah Swanstrom
1350 I Street, NW, Suite 810
Washington, DC  20005

Davis Wright Tremaine LLP
Steven Greenwald
505 Montgomery Street, Suite 800
San Francisco, CA  94111-6533

Stinson Leonard Street LLP
Stinson Morrison Heckler LLP
Glen Ortman
1150 18th Street, N.W. Suite 800
Washington, DC  20036-4606

CA Independent System Operator
Corporation
Daniel James Shonkwiler, Senior Counsel
250 Outcropping Way
Folsom, CA  95630

Alston & Bird LLP
Michael Kunselman
1919 Pennsylvania Ave.
Washington, DC  20006

Port Of Oakland
530 Water St,
Oakland, CA 94607

Skadden, Arps, Slate, Meagher & Flom LLP
John Estes, Partner
1440 New York Avenue, NW
Washington, DC  20005

CA Public Utilities Commission
Staff Counsel
Elizabeth Marie McQuillan, ESQ
505 Van Ness Avenue
San Francisco, CA  94102

Crossborder Energy
Attn:  R. Thomas Beach
2560 Ninth St # 213A
Berkeley, CA 94710

Haynes & Boone, L.L.P.
Diana Liebmann
112 E Pecan St Ste 1600
San Antonio, TX  782051524

White & Case LLP
Jane E. Rueger, Partner
700 Thirteenth Avenue NW, Suite 800
Washington, DC  20005

White & Case LLP
Daniel Hagan, Partner
701 Thirteenth Street
Washington, DC  20005

Davis Wright Tremaine LLP
Steven Greenwald
505 Montgomery Street, Suite 800
San Francisco, CA  94111-6533

Northern CA Power Agency
David Dockham
180 Cirby Way
Roseville, CA  95678-6420

Spiegel & McDiarmid LLP
Lisa Dowden
1875 Eye Street, NW, Suite 700
Washington, DC  20006

Davis Wright Tremaine LLP
Legal Department
856 S Figueroa St Ste 2400
Los Angeles, CA  90017-2516

KJEHL JOHANSEN
South Coast Air Quality Managment District
Barbara Baird
South Coast AQMD
21865 Copley Dr
Diamond Bar, CA  91765-4178

MCGUIREWOODS LLP
GATEWAY PLAZA
800 EAST CANAL STREET
RICHMOND, VA 23219-3916

CA Independent System Operator
Corporation
Roger Collanton
151 Blue Ravine Road
Folsom, CA  95630

Alston & Bird LLP
Sean Atkins, Partner
1301 K Street NW, Suite 500 East
Washington, DC  20005

CA Office of Attorney General
Sup Dep Atty General
Andrea L Hoch
1300 I St., Ste 125
Sacramento, CA  95814-2919

WA Utilities and Transportation Commission
Secretary
Carole J Washburn
1300 S. Evergreen Park Dr. S.W.
Olympia, WA  98504-0001

WA Office of Attorney General
Robert Cedarbaum
1400 S Evergreen Pk Dr SW
Olympia, WA  98504-0128

CA Office of the Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550

Morgan Lewis & Bockius LLP
Floyd Norton
1111 Pennsylvania Ave., NW
Washington, DC  20004

Van Ness Feldman, LLP
Lawrence Acker, Gary Bachman,
Patricia Godley
1050 Thomas Jefferson Street, NW
Washington, DC  20007

Public Utility Commission of Oregon
Senior Economist
Matthew Muldoon
Utility Program, ERFA Division
550 Capitol St NE, Suite 215
Salem, OREGON  97301

Bonneville Power Administration
Deputy General Counsel - Regul
Gerit F. Hull
1111 Schrock Road, Suite 100
Columbus, OHIO  43229

Covington & Burling
Nicholas Fels, Partner
1201 Pennsyvanaia Avenue N.W.
Washington, DC  20004

KR Saline and Associates
Kenneth Saline
160 N Pasadena Ste 101
Mesa, AZ  852016764

Ellison Schneider & Harris LLP
Andrew Brown
2600 Capitol Avenue, Suite 400
Sacramento, CA  95816-5905

Western Area Power Administration
John D. Bremer, ESQ
12155 W. Alameda Pkwy.
Lakewood, COLORADO  80228-8213

Western Area Power Administration
Office of General Counsel
Koji Kawamura
12155 W. Alameda Pkwy
Lakewood, COLORADO  80228

Skadden, Arps, Slate, Meagher & Flom LLP
Clifford Naeve, Partner
1440 New York Avenue
Washington, DC  20005

Hogan & Hartson LLP
Kevin Downey
555 Thirteenth Street, N.W.
Washington, DC  20004

Andrews Kurth LLP
Kenneth Wiseman
5021 Grove Street
Chevy Chase, MARYLAND  20815

Stinson Leonard Street LLP
Thompson Coburn LLP
Adrienne Clair
1909 K Street NW, Suite 600
Washington, DC  20006

Puget Sound Energy, Inc.
Robert  Neate
10885 NE 4th Street
PSE-11N
Bellevue, WA  98004

Redding, CA, City of
Attn: Jim  Nichols
777 Cypress Avenue
Redding, CA 96001

Duncan, Weinberg, Genzer & Pembroke PC
Michael Postar
1667 K Street, N.W., Suite 700
Duncan Weinberg Genzer & Pembroke
Washington, DC  20006

John & Hengerer
Douglas John
1730 Rhode Island Avenue, N.W., Suite 600
Washington, DC  20036-3116

Sidley Austin LLP
Eugene Elrod
555 Eleventh Street NW, Suite 1000
Washington, DC  20004

FERGUS, a law firm
Gary Fergus
535 Mission Street, 14th Fl
San Francisco, CA  94105

Van Ness Feldman, LLP
Brian Zimmet
Hunton & Williams
1900 K Street, N.W.
Washington, D.C., DC  20006

Andrews Kurth LLP
Kenneth Wiseman
5021 Grove Street
Chevy Chase, MD  20815

Covington & Burling
Nicholas Fels
1201 Pennsyvanaia Avenue N.W.
Washington, DC  20004

Reliant Resources, Inc.
1000 Main Street
Houston, TX, 77002-6307

Paul Hastings Janosfsky & Walker LLP
William DeGrandis
2050 M Street, NW
Washington, DC  2003

Douglass & Liddell, an association of
professional corporations
Daniel Douglass
5737 Kanan Road, uite 610
Agoura Hills, CA  91301

Direct Energy, LP
Sr. Dir., Gov. & Reg. Affairs
Bray Dohrwardt
12 Greenway Plz Ste 600
Houston, TX  77046

San Francisco Public Utilities Comm.
Attn:  Sandra Rovetti
525 Golden Gate
San Francisco, CA  94102-3220

Alcantar & Kahl LLP
120 Montgomery Street, Suite 2200
San Francisco, CA  94104

San Francisco, City & County of
Attn:  Sandra J Rovetti
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102

San Francisco Office of City Attorney
Deputy City Attorney
Theresa Mueller
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, CA  94102

City of Riverside, CA
Public  Utilities
Public Utilities Department
3900 Main St
Riverside, CA 92522-0001

Los Angeles, County, Internal Service Dept.
Division Manager
Howard  Choy
1100 N Eastern Ave
Los Angeles, CA  90063-3200

Sutherland Asbill & Brennan LLP
Daniel Frank
700 Sixth Street NW, Suite 700
Washington, DC  20001-3980

Linda  Strout
2711 Alaskan Way
Seattle, WA  98121-1107

The Kroger Co.
Attn:  Bruce M Gack
014 Vine Street
Cincinnati, Ohio 45202-1100

Jennings, Strouss & Salmon, P.L.C.
Alan Robbins
1300 I Street NW, Suite 1120
Washington, DC  20005

Montana Office of Attorney General
Michael P McGrath
215 N. Sanders, 3rd floor
Helena, Montana  596201401

Duncan, Weinberg, Genzer & Pembroke PC
Peter Scanlon
1667 K Street, NW, Suite 700
Washington, DC  20006

Wah Chang
James Denham
1600 Old Salem Rd NE
Albany, Oregon  973214548

Sierra Pacific Resources
Attn:  Joshua  Rokach
P.O. Box 10100 (6100 Neil Road)
Reno, Nevada 89520-0400

McCarter & English, LLP
Randolph Elliott
1301 K Street N.W.
Washington, DC  20005

Consolidated Edison Development, Inc.
Andrew Scher
Law Department
4 Irving Pl Rm 1815-S
New York, New York  10003-3502

Morgan Lewis & Bockius LLP
Joseph Lowell
1111 Pennsylvania Ave NW
Washington, DC  20004

Morgan Lewis & Bockius LLP
Floyd Norton
1111 Pennsylvania Ave., NW
Washington, DC  20004

Paul Hastings Janosfsky & Walker LLP
William DeGrandis
2050 M Street, NW
Washington, DC  2003

Nevada Power Company and Sierra Pacific
Power Company
Attn:  Joshua  Rokach
6226 W Sahara Ave
Las Vegas, NV 89146

Balch & Bingham LLP
Lyle Larson
1901 Sixth Ave., North
Birmingham, AL  35203

Olympus Power Company, LLC
EVP-Government Affairs
Sean Lane
67 Park Place East, 4th floor
Morristown, NJ  07960

Public Utility District No. 1 of Snohomish
County, WA
Eric Christensen
Beveridge & Diamond
600 University Street, Suite 1601
Seattle, WA  98101-3109

Kenneth Irvin
Sidley Austin LLP
1501 K St., NW
Washington, DC  20005

Utah Associated Municipal Power Systems
Douglas O Hunter
155 N 400 W, Ste 480
Salt Lake City, UT  84103-1150

CAns for Renewable Energy, Inc.;
Boyd v. MA Dept of Public Utilities, et al
Michael Boyd
5439 Soquel Drive
Soquel, CA  95073

Jennings, Strouss & Salmon, P.L.C.
Deborah Swanstrom
1350 I Street, NW, Suite 810
Washington, DC  20005

CA Independent System Operator
Corporation
Assistant General Counsel
Anthony Ivancovich
250 Outcropping Way
Folsom, CA  95630

Heller Ehrman White & McAuliffe LLP
Paul Mohler
4525 40th St N
Arlington, VA  22207

Cable Huston Benedict Haagensen & Lloyd
Chad Stokes
1001 SW Fifth Ave, Suite 2000
Portland, OR  97204-1136

Morgan Lewis & Bockius LLP
Mark Richard Haskell
1825 Eye Street, N.W.
Washington, DC  20006

Akin Gump Strauss Hauer & Feld LLP
Jerry Rothrock
1100 Mid-Continent Tower, suite 1100
Tulsa, OK  74103

Olympus Power, LLC
EVP-Government Affairs
Sean Lane
67 park place east, 4th floor
Morristown, New Jersey  07960

RRI Energy, Inc.
Brooksany Barrowes
1301 Pennsylvania Avenue, N.W.
Washington, DC  20004

Powerex Corp.
Raj Hundal
666 Burrard St
Vancouver, British Columbia  V6C 2X8
CANADA

Southern CA Edison Company
FERC Case Administration
2244 Walnut Grove Ave.
Rosemead, CA  91770

Hogan & Hartson LLP
Kevin Downey
555 Thirteenth Street, N.W.
Washington, DC  20004

Public Service Company of New Mexico
Director, Regulatory Projects
Thomas Wander
Alvarado Square
MS-0920
Albuquerque, NM  87158

K&L Gates LLP
John Longstreth, Dennis Ehling
1601 K Street, NW
Washington, DC  20006

John & Hengerer
Douglas John
1730 Rhode Island Avenue, N.W.
Suite 600
Washington, DC  20036-3116

Seth Lucia
2000 Pennsylvania Avenue NW
Suite 6000
Washington, DC  20006

Exelon Corporation
Assistant General Counsel
Jeanne Dworetzky
101 Constitution Avenue, Suite 400 East
Washington, DC  20001

Ballard Spahr LLP
Andrea Chambers
850 Tenth Street, NW
Washington, DC  20001

Kansas City Power & Light
Director Federal Regulatory Af
Denise Buffington
1200 Main Street, 19th Floor
Kansas City, MISSOURI  64105

Duncan, Weinberg, Genzer & Pembroke PC
Derek Dyson
1667 K Street, NW, Suite 700
Washington, DC  20006

Seth Lucia
2000 Pennsylvania Avenue NW
Suite 6000
Washington, DC  20006

Balch & Bingham LLP
Allen Estes
1901 Sixth Ave North, Ste 1500, Suite 1500
Birmingham, AL  35203-4642

Wisconsin Public Service Corporation
Christopher Plante
700 North Adams St
Green Bay, WISCONSIN  54301

Interim City Attorney, City of Santa Clara
Elizabeth  Silver
1500 Warburton Avenue
Santa Clara, CA  95050

Steptoe & Johnson LLP
Richard Roberts
1330 Connecticut Avenue, NW
Washington, DC  20036

Southern CA Edison Company
Russell Archer, Leon  Bass, Jr
2244 Walnut Grove Ave
Rosemead, CA  91770

Berman and Todderud LLP
Stan Berman
3502 Fremont Ave N, #1
Seattle, WA  98103

Hawke McKeon & Sniscak LLP
Judith D Cassel
100 North Tenth Street
Harrisburg, PA  17105

Stinson Leonard Street LLP
Marie D Zosa, Esq.
Harvey Reiter
1775 Pennsylvania Avenue NW
Suite 800
Washington, DC  20006

Jones Day
James Beh
51 Louisiana Ave., NW
Washington, DC  20001

American Electric Power Service
Corporation
John Crespo
155 West Nationwide Blvd, Suite 500
Columbus, OHIO  43215

Sutherland Asbill & Brennan LLP
Catherine Krupka
1275 Pennsylvania Avenue, NW
Washington, DC  20004

McDermott Will & Emery LLP
Robert Lamkin
500 N. Capitol Street, NW
Washington, DC  20001

Exelon Corporation
Assistant General Counsel
Jeanne Dworetzky
101 Constitution Avenue, Suite 400 East
Washington, DC  20001

Duke Energy Corporation
Molly Suda
1301 Pennsylvania Ave NW
Suite 200
Washington, DC  20004

Federal Energy Regulatory Commission
Commission Staff Counsel
Edith Gilmore
888 First Street, N.E.
32-01
Washington, DC, DC  20426

Sempra Energy
Assistant General Counsel
Sharon  Cohen
101 Ash Street, HQ11
San Diego, CA  92101

Duggins Wren Mann & Romero, LLP
Mark Strain
600 Congress Avenue, Suite 1900
Austin, TX  78701

Xcel Energy Services, Inc.
414 Nicollet Mall
Minneapolis, MN 55401

American Electric Power Company, Inc.
John Crespo
155 West Nationwide Blvd, Suite 500
Columbus, OHIO  43215

Thompson Coburn LLP
Margaret Elizabeth McNaul
1909 K Street, N.W., Suite 600
Washington, DC  20006

Thompson Coburn LLP
Rebecca Shelton
1909 K Street, N.W., Suite 600
Washington, DC  20006-1167

Deputy City Attorney, City of Riverside
Susan D Wilson
3900 Main Street
Riverside, CA  92522

City Of Riverside Public Util Dept
Utility Principal Resource Anl
Neng Xu
3435 14th Street
Riverside, CA  92501

City Of Riverside Public Util Dept
Utility Principal Resource Ana
Cindi R Cohen
3435 14th Street
Riverside, CA  92501

Arlen Orchard
General Counsel
Sacramento Municipal Utility District
P.O. Box 15830
Sacramento, CA 95852-1830

CERS – California Energy Resource
Scheduling
California Department of Water Resources
1416 9th Street
Sacramento, CA 95814

City of Azusa / Bob Tang
Assistant Director of Resource Management
Azusa Light and Power
City of Azusa
729 N. Azusa Avenue
Azusa, CA 91702

Eugene Water & Electric Board
Scott C. Spettel
Power Management & Planning Manager
500 East 4th Avenue
Eugene, OR  97440-2148

Thomas M. Grim
Cable Huston Benedict Haagensen & Lloyd
LLP
1001 SW Fifth Street, Suite 200
Portland, OR  97204

Public Service Company of Colorado
William M.  Dudley
1099 18th Street, Suite 300
Denver, CO 80202-1930

Attorneys for Public Service Company of
Colorado
c/o Floyd L. Norton IV
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004-2541

Turlock Irrigation District
Jon Stickman
Duncan & Allen
1575 I Street, N.W., Suite 300
Washington, DC 2005-1175

Amy Petersen
Energy Strategy Manager
TID Water and Power
333 E. Canal Drive
P.O. Box 949
Turlock, CA 95381-0949

VIASYN, Inc.
Donald Sutphin
2440Camino Ramon
San Ramon, CA 94583

California Department of Water Resources
P.O. Box 942836
Sacramento, CA 94236-0001

Arizona Electric Power Cooperative, Inc.
1000 South Highway 80
Benson, AZ 85602-7007

AES PLACERITA INC
C/O BOB JOHNSTON
20885 PLACERITA CANYON ROAD
NEWHALL, CA 91321-1934

AES PLACERITA INC
C/O MORRISON & FOERSTER, LLP
425 MARKET STREET, 33RD FLOOR
SAN FRANCISCO, CA 94105-2532

ARIZONA PUBLIC SERVICE CO
C/O SNELL & WILMER, LLP
1920 MAIN STREET, 12TH FLOOR
IRVINE, CA 92614-7209

ARIZONA PUBLIC SERVICE CO
C/O SNELL & WILMER, LLP
ONE ARIZONA CTR- 400 E. VAN BUREN
PHOENIX, AZ 85004-2280

ARIZONA PUBLIC SERVICE CO
C/O STEVE MAESTAS
400 NORTH 5TH ST STATION #9831
PHOENIX, AZ 85004-3992

ARIZONA PUBLIC SVC ENERGY SVCS
1500 1ST AVENUE N E
SUITE 101
ROCHESTER, NY 55906-4170

AUTOMATED POWER EXCHANGE
C/O JACK ELLIS
26340 ALEXANDER PLACE
LOS ALTOS HILLS, CA 94022-2042

AUTOMATED POWER EXCHANGE
C/O WHITE & CASE LLP
633 WEST 5TH STREET, SUITE 1900
LOS ANGELES, CA 90071-2015

AUTOMATED POWER EXCHANGE
JAMES CROSSEN, ESQ
5201 GREAT AMERICA PARKWAY
STE 522
SANTA CLARA, CA 95054-1129

AUTOMATED POWER EXCHANGE
C/O WHITE & CASE, LLP
633 WEST FIFTH FLOOR, 19TH FLOOR
LOS ANGELES, CA 90071-2005

AQUILA POWER CORPORATION
C/O TRAVIS MARTIN
10750 EAST 350 HIGHWAY
KANSAS CITY, MO 64138-1872

AQUILA, INC.
C/O BLACKWELL,
SANDERS,PEPER,MARTIN,LLP
2300 MAIN ST, P.O. BOX 219777
KANSAS CITY, MO 64108-2416

AVISTA CORP.
P.O. Box 3727
SPOKANE, WA 99220-3727

AVISTA ENERGY INC
C/O THOMAS A JOHNS
201 WEST NORTH RIVER DR STE 610
SPOKANE, WA 99201-2262

AVISTA ENERGY, INC
C/O MORRISON & FOERSTER, LLP
425 MARKET STREET, 33RD FLOOR
SAN FRANCISCO, CA 94105-2482

AVISTA ENERGY, INC
C/O RICHARD N. STEVENS
1141 EAST MISSION AVENUE
SPOKANE, WA 99202

CALIFORNIA POLAR POWER BROKERS
C/O MORTEN HELLE
503 DIVISADERO
SAN FRANCISCO, CA 94117-2212

CALIFORNIA POLAR POWER BROKERS
INC
PILLSBURY WINTHROP LLP
725 SOUTH FIGUEROA STREET
STE 2800
LOS ANGELES, CA 90017-5406

CARGILL-ALLIANT, LLC
12700 WHITEWATER DRIVE
MINNETONKA, MN 55343-9438

COMISION FEDERAL DE ELECTRICIDAD
CALZADA HECTOR TERAN TERAN KM 35
COL WISTERIA MEXICALI B C
BAJA CALIFORNIA,  21147

THE CITY OF ANAHEIM
C/O CITY CLERK
200 S ANAHEIM BLVD
ANAHEIM, CA 92805-3880

CITY OF ANAHEIM
C/O FULBRIGHT & JAWORSKI L.L.P.
865 S. FIGUEROA ST, 29TH FLOOR
LOS ANGELES, CA 90017-2543

CITY OF BURBANK
FULBRIGHT & JAWORSKI  LLP
865 S FIGUEROA ST  29TH FLOOR
LOS ANGELES, CA 90017-2543

CITY OF GLENDALE
C/O FULBRIGHT & JAWORSKI, L.L.P.
865 S. FIGUEROA ST. 29TH FLOOR
LOS ANGELES, CA 90017-2543

CITY OF PASADENA
C/O FULBRIGHT & JAWORSKI LLP
865 S FIGUEROA ST  29TH FLOOR
LOS ANGELES, CA 90017-2543

CITY OF SANTA CLARA, DBA SILICON
VALLEY POWER
1500 WARBURTON AVE
SANTA CLARA, CA 95050-3713

CITY OF SEATTLE
C/O JONES, DAY, REAVIS & POGUE
555 WEST FIFTH STREET, SUITE 4600
LOS ANGELES, CA 90013-3002

CONECTIV ENERGY SUPPLY, INC
C/O THELEN REID & PRIEST LLP
101 SECOND STREET, STE 1800
SAN FRANCISCO, CA 94105-3659

CONSTELLATION POWER SOURCE
C/O DAVID M  PERLMAN
111 MARKET PLACE  SUITE 200
BALTIMORE, MD 21202-7110

CONSTELLATION POWER SOURCE,INC
C/O PAUL. HASTINGS, JANOFSKY &
WALKER
555 S. FLOWER ST.,TWENTY-THIRD FL
LOS ANGELES, CA 90071-2300

AES NEWENERGY, INC
C/O MORRISON & FOERSTER, LLP
425 MARKET STREET, 33RD FL
SAN FRANCISCO, CA 94105-2532

ELECTRIC CLEARINGHOUSE INC
C/O J JOLLY HAYDEN
1000 LOUISIANA SUITE 5800
HOUSTON, TX 77002-5050

EDISON MISSION MARKETING &
TRADING
C/O KENNETH L LACKEY
18101 VON KARMAN AVENUE STE 1700
IRVINE, CA 92612-0181

EDISON MISSION MARKETING &
TRADING
C/OCROSBY, HEAFE, ROACH & MAY
1999 HARRISON ST
OAKLAND, CA 94612-3520

EDISON MISSION MARKETING &
TRADING
C/O CROSBY, HEAFE, ROACH & MAY
1999 HARRISON ST
OAKLAND, CA 94612-3520

EDISON MISSION MARKETING &
TRADING
DOUGLAS G BOVEN
P.O. BOX 2084
OAKLAND, CA 94604-2084

ENRON POWER MARKETING INC
C/O BENNETT G YOUNG ESQ
ONE EMBARCADERO CTR STE 400
SAN FRANCISCO, CA 94111-3619

ENRON POWER MARKETING INC
C/O KIM S THERIOT
1400 SMITH STREET
HOUSTON, TX 77002-7327

HAFSLUND ENERGY TRADING
C/O JOSEF MUELLER
101 ELLIOTT AVENUE, STE 510
SEATTLE, WA 98119-4292

HAFSLUND ENERGY TRADING LLC
C/O HEINE RONNINGEN
595 MARKET STREET SUITE 2500
SAN FRANCISCO, CA 94105-2838

HAFSLUND ENERGY TRADING LLC
C/O KEITH JOHNSON
505 SANSOME ST, STE.900
SAN FRANCISCO, CA 94111-3133

IDAHO POWER COMPANY
1221 W. IDAHO STREET
BOISE, ID 83702-5627

IDAHO POWER COMPANY
C/O JAMES R. THOMPSON
1221 W. IDAHO STREET
BOISE, ID 83702-5627

IDAHO POWER COMPANY
C/O MICHELLE CATHERINE
1221 WEST IDAHO STREET
BOISE, ID 83702-5627

IDAHO POWER COMPANY
C/O MORRISON & FOERSTER LLP
425 MARKET STREET, 33RD FLOOR
SAN FRANCISCO, CA 94105-2482

ILLINOVA ENERGY PARTNERS INC
C/O LAYNE BROWN
6955 UNION PARK CENTER SUITE 300
MIDVALE, UT 84047-4191

KOCH ENERGY TRADING INC
C/O ADAM GOLDBERG
600 TRAVIS STREET 12TH FLOOR
HOUSTON, TX 77002-3009

Los Angeles Department of Water and
Power
c/o Louis J. Cisz, III, Esq.
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3716

DEPARTMENT OF WATER AND POWER
C/O KJEHL T JONANSE, ESQ
P O BOX 51111 STE 340
LOS ANGELES, CA 90051-5700

DEPARTMENT OF WATER AND POWER
C/O DANNING, GILL, DIAMOND &
KOLLITZ
2029 CENTURY PARK EAST, THIRD FL
LOS ANGELES, CA 90067-2901

DEPARTMENT OF WATER AND POWER
OFFICE OF CITY ATTORNEY-LEGAL DIV
PO BOX 51111-SUITE 340
LOS ANGELES, CA 90051-0100

LG&E ENERGY MARKETING INC
C/O PATRICK FRAZIER
220 WEST MAIN STREET
LOUISVILLE, KY 40202-1395

MIDWAY SUNSET COGENERATION
COMPANY
C/O EDMOND R WESTERN
3466 WEST CROCKER SPRINGS ROAD
FELLOWS, CA 93224

MIECO INC
C/O RICHARD LOWELL
301 EAST OCEAN BLVD STE 1100
LONG BEACH, CA 90802-4832

MODESTO IRRIGATION DISTRICT
C/O BLAIR JACKSON
1231 ELEVENTH STREET
MODESTO, CA 95354-0701

Modesto Irrigation District
915 L Street, Suite 1410
Sacramento, CA 95814-3765

THE MONTANA POWER TRADING &
MARKETING CO
16 EAST GRANITE ST
BUTTE, MT 59701-9326

MORGAN STANLEY CAPITAL GROUP INC
1585 BROADWAY 4TH FLOOR
NEW YORK, NY 10036-8200

MORGAN STANLEY CAPITAL GROUP,
INC
C/O MCDERMOTT, WILL & EMERY
2049 CENTURY PARK EAST,34TH FLOOR
LOS ANGELES, CA 90067-3101

MORGAN STANLEY CAPITAL GROUP,INC
C/O MCDERMOTT, WILL & EMERY
300 13TH STREET N.W.
WASHINGTON, DC 20005-3096

Northern California Power Agency
c/o McDonough Holland & Allen PC
500 Capitol Mall, 18th Floor
Sacramento, CA 95814-4741

NORTHERN CALIFORNIA POWER
AGENCY
C/O MCDONOUGH, HOLLAND & ALLEN
555 CAPITOL MALL, 9TH FLOOR
SACRAMENTO, CA 95814-4504

NORTHERN CALIFORNIA POWER
AGENCY
C/O THOMAS GREEN
651 COMMERCE DR
ROSEVILLE CA  95678-6411

PACIFICORP
825 NE MULTNOMAH
SUITE 2300
PORTLAND, OR 97232-2157

PACIFICORP
C/O MARK FISCHER
9951 SE ANKENY STREET
PORTLAND, OR 97216-2315

PACIFICORP
C/O STOEL RIVES LLP
900 SW FIFTH AVENUE, SUITE 2600
PORTLAND, OR 97204-1229

PACIFICORP POWER MARKETING INC
C/O MARK S FISCHER
830 NE HOLLADAY STREET STE 200
PORTLAND, OR 97232-5102

PECO ENERGY COMPANY
C/O MICHAEL KAUFMAN
2004 RENAISSANCE BLVD
KING OF PRUSSIA, PA 19406-2787

PG&E ENERGY SERVICES CORP
C/O WILLIAM TALBOTT
345 CALIFORNIA STREET
SAN FRANCISCO, CA 94104-2606

PORTLAND GENERAL ELECTRIC CO
C/O WILLIAM S CASEY
121 SW SALMON STREET
PORTLAND, OR 97204-2977

BRITISH COLUMBIA PWR EXC. CORP
POWEREX CORP
666 BURRARD STREET  SUITE 1400
VANCOUVER, BC  V6C 2X8

PP&L MONTANA LLC
C/O JOEL D COOK
45 BASIN CREEK ROAD
BUTTE, MT 59701-9704

PUBLIC UTILITY DIST #2 GRANT
COUNTY
LAW OFFICES OF RAY FOIANINI
109 DIV AVE WEST/P.O. BOX 908
EPHRATA, WA 98823-0908

PUBLIC UTILITY DIST.#2 GRANT
COUNTY
JONES, DAY, REAVIS & POGUE
555 WEST FIFTH STREET, SUITE 4600
LOS ANGELES, CA 90013-3002

NORAM ENERGY SERVICES INC
C/O LISA FLOWERS
PO BOX 4455
HOUSTON, TX 77210-4455

SALT RIVER PROJECT AGRICULTURAL
C/O MARK S ALFANO  ESQ
PO BOX 52025 MAIL STAT. P.O. BOX 007
PHOENIX, AZ 85072-2025

SALT RIVER PROJECT AGRICULTURAL
THE COLLIER CENTER, 11TH FL
201 EAST WASHINGTON STREET
PHOENIX, AZ 85004-2428

SAN DIEGO GAS & ELECTRIC
8330 CENTURY PARK COURT
SAN DIEGO, CA 92123-1530

SAN DIEGO GAS & ELECTRIC
8330 CENTURY PARK COURT
SAN DIEGO, CA 92123-1530

SAN DIEGO GAS & ELECTRIC CO
C/O WILLIAM REED
101 ASH STREET
SAN DIEGO, CA 92101-3017

SAN DIEGO GAS & ELECTRIC COMPANY
C/O HENNIGAN BENNETT & DORMAN
LLP
601 SOUTH FIGUEROA ST, STE 3300
LOS ANGELES, CA 90017-5793

SAN DIEGO GAS & ELECTRIC CO
C/O WILLIAM REED
101 ASH STREET
SAN DIEGO, CA 92101-3017

SAN DIEGO GAS & ELECTRIC COMPANY
C/O HENNIGAN BENNETT & DORMAN
LLP
601 SOUTH FIGUEROA ST, STE 3300
LOS ANGELES, CA 90017-5793

CORAL POWER  LLC
C/O ROBERT REILLEY
909 FANIN  SUITE 700
HOUSTON, TX 77010-1035

CORAL POWER, L.L.C.
C/O FULBRIGHT & JAWORSKI, L.L.P.
300 CONVENT, SUITE 2200
SAN ANTONIO, TX 78205-1316

CORAL POWER, LLC
C/O PETER MASON
865 SOUTH FIGUEROA ST. 29TH FLR.
LOS ANGELES, CA 90017-2543

SIERRA PACIFIC INDUSTRIES
C/O BOB ELLERY
19794 RIVERSIDE AVENUE
ANDERSON, CA 96007-4908

SIERRA PACIFIC INDUSTRIES
C/O MORRISON & FOERSTER LLP
425 MARKET STREET
SAN FRANCISCO, CA 94105-2532

STRATEGIC ENERGY LLC
C/O WANDA M. SCHILLER
TWO GATEWAY CENTER
PITTSBURGH, PA 15222

TRANSALTA ENERGY MARKETING CA
C/O WAYNE T. LAMPREY
505 SANSOME, STE 900
SAN FRANCISCO, CA 94111-3133

TRANSALTA ENERGY MARKETING CA
INC
110-12TH AVE SW -BOX 1900 STAT M
CALGARY, AB  T2R 0T3

TRANSALTA ENERGY MARKETING CA
INC
C/O BRINKMAN & ASSOCIATES
800 WILSHIRE BLVD, SUITE 950
LOS ANGELES, CA 90017-2604

TRANSALTA ENERGY MARKETING CA
INC
C/O STERLING KOCH
BOX 1900 STATION M-110-12TH AVE SW
CALGARY,

TUCSON ELECTRIC POWER COMPANY
C/O STEVEN J GLASER
220 WEST SIXTH STREET
TUCSON, AZ 85702

WILLIAMS ENERGY SERVICES
COMPANY
C/O CHRISTOPHER BROWN
ONE WILLIAMS CENTER PO BOX 2848
TULSA, OK 74101-2848

WILLIAMS ENERGY
SVCS,MARKETING,ETC
C/O JONES, DAY, REAVIS & POGUE
555 WEST FIFTH STREET, STE 4600
LOS ANGELES, CA 90013-3002

CSW Energy Services
470 James Street, Suite 007
New Haven, CT 06513

El Paso Electric
P.O. Box 982
El Paso, Texas 79960

MERCHANT ENERGY GROUP
275 WEST ST STE 320
ANNAPOLIS MD 21401

Southern Company Energy Marketing, LP
30 Ivan Allen Jr. Blvd. NW
Atlanta, GA 30308

California ISO
P.O. Box 639014
Folsom, CA 95630

Allegheny Energy
2337 Roscomare Rd UNIT 11
Los Angeles, CA 90077

First Energy
c/o Amy M. A. Klodowski
615 Sandy Hill Rd
Valencia, PA 16059

CALPINE CORPORATION
101 SECOND STREET, SUITE 1800
SAN FRANCISCO, CA 94105-3659

CALPINE ENERGY SERVICES, L.P.
C/O ALEXANDRE MAKLER, ESQ.
1350 EYE STREET N.W., STE 1270
WASHINGTON, DC 20005-3331

CALPINE ENERGY SERVICES, L.P.
C/O THELEN REID PRIEST LLP
101 SECOND STREET, STE 1800
SAN FRANCISCO, CA 94105-3659

CSW ENERGY SERVICES INC
C/O BOB TUMILTY
TWO W SECOND ST/P.O. BOX 21928
TULSA, OK 74103-3123

EL PASO POWER SERVICES CO
C/O KERRY OVERTON
1001 LOUISIANA STREET
HOUSTON, TX 77002-5089

MERCHANT ENERGY GRP OF
THE AMERICAS INC C/O MATT MOTLEY
275 WEST STREET SUITE 320
ANNAPOLIS, MD 21401-3499

SOUTHERN CO ENERGY MARKETING LP
C/O JOHN L O'NEAL
900 ASHWOOD PARKWAY STE 490
ATLANTA, GA 30338-6999

IdaCorp Energy
1221 W. Idaho St.
Boise, ID 83702-5627

El Paso Electric
100 N. Stanton St.
El Paso, TX 79901

El Paso Electric
P.O. Box 982
El Paso, TX 79960

Calpine Energy Solutions
401 West A St., Suite 500
San Diego, CA 92101

El Paso Power Services
c/o CT Corporation System
330 N. Brand Blvd., Suite 700
Glendale, CA 91203

Arthur Andersen
10100 Santa Monica Blvd #410
Los Angeles, CA 90067

Lorie A Ball
Robins Kaplan LLP
2049 Century Park E Ste 3400
Los Angeles, CA 90067

Dr Barbara R Barkovich
P.O. BOX 11031
Oakland, CA 94611

BDO Seidman LLP
1900 Ave Of The Stars Ste 1100
Los Angeles, CA 90067

Bruder Gentile & Mar
1100 New York Ave Nw
Washington, DC 20005-3934

Robert M Bruning
Cooper & Bruning LLP
600 So Lake Ave, Ste 402
Pasadena, CA 91106

City Of Los Angeles
P.O. Box 5111 R340
Los Angeles, CA 90051-0100

City of Pasadena
100 North Garfield Ave.
Pasadena, CA 91101

Marc S Cohen
1900 Ave Of The Stars, #2100
Los Angeles, CA 90067

Dynegy Power Marketi
50 Fremont St P.O. Box 7880
San Francisco, CA 94128

Dennis M.P. Ehling
Kirkpatrick Lockhart Preston Gates Ellis
10100 Santa Monica Blvd 7th Fl
Los Angeles, CA 90067

Equilon Enterprises LLC d/b/a Shell Oil
Products US
2101 CA-1
Wilmington, CA 90744

Patricia N Gillman
6600 Sears Tower
Chicago, IL 60606

David K Gottlieb
15233 Ventura Blvd 9th Fl
Sherman Oaks, CA 91403

Greenberg Glusker
1900 Ave Of The Stars Ste 2100
Los Angeles, CA 90067-4590

Hedman & Associates
24300 Town Center Dr Ste 210
Valencia, CA 91355

Jeffer Mangels Et Al
2121 Ave Of The Stars 10th Flr
Los Angeles, CA 90067-5010

Katten Muchin Zavis
1999 Avenue Of The Stars Suite 1400
Los Angeles, CA 90067-6042

Kaye Scholer LLP
1999 Avenue Of The Stars Suite 1700
Los Angeles, CA 90067-6048

Richard J Morillo
Senior Assistant City Attorney
City of Burbank
275 East Olive Avenue, PO Box 6459
Burbank, CA 91510-6459

James H Mcgrew
1100 New York Avenue Nw Ste 510 E
Washington, DC 20005-3934

Reliant Energy Servi
C/o Bingham 1900 University Ave
East Palo Alto, CA 94303

Charles B Renfrew
710 Sansome St
San Francisco, CA 94111-1704

Sacramento Municipal Utility District
P.O. Box 15830
Sacramento, CA 95852-1830

Schiff Hardin Waite
233 S Wacker Dr #6600
Chicago, IL 60606

BDO Seidman
1900 Ave Of The Stars 11th Fl
Los Angeles, CA 90067

Sullivan Sottile Tak
31351 Via Colinas Suite 205
Westlake Village, CA 91362

Howard J Weg
2029 Century Pk East Suite 3100
Los Angeles, CA 90067

Ben D Whitwell
202 N Canon Dr
Beverly Hills, CA 90210

Whitwell Jacoby Emho
202 N Cannon Dr 2nd Fl
Beverly Hills, CA 90201