Robert M. Saunders (CA Bar No. 226172)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760
E-mail:   rsaunders@pszjlaw.com

Special Counsel to Reorganized Debtor

**FILED & ENTERED**

JUL 30 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

**(Assigned to Judge Smith, located in the Santa Ana Division)**

| | |
|---|---|
| In re | Case No.:  2:01-bk-16577-ES |
| CALIFORNIA POWER EXCHANGE CORPORATION, | Chapter 11 |
| Reorganized Debtor. | **ORDER GRANTING REORGANIZED DEBTOR'S MOTION FOR ORDER IN AID OF CONSUMMATION OF CHAPTER 11 PLAN APPROVING FINAL CLEARING OF ITS MARKETS, PAYMENT OF CLASS 6 AND 7 CLAIMS, AND WIND DOWN OF OPERATIONS PURSUANT TO ITS CONFIRMED AND EFFECTIVE PLAN AND AN ORDER OF THE FEDERAL ENERGY REGULATORY COMMISSION** |
| | [No hearing requested pursuant to LBR 9013-1(o)] |

Upon consideration of the *Reorganized Debtor's Motion for Order in Aid of Consummation of Chapter 11 Plan Approving Final Clearing of Its Markets, Payment Of Class 6 And 7 Claims, and Wind Down of Operations Pursuant to Its Confirmed and Effective Plan and an Order of the Federal Energy Regulatory Commission*, filed July 1, 2021 [Docket No. 1609] (the "Motion")[1] and the evidence presented to this Court in support thereof consisting of the Declaration of David K.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given them in the Motion and the RFJN.

1

Gottlieb [Docket No. 1610] in support of the Motion and the Reorganized Debtor's Request for Judicial Notice (the "RFJN") in support of the Motion [Docket No. 1611], and it appearing that no formal or informal objections to the Motion were filed or otherwise received, and it appearing that the relief requested in the Motion is in the best interests of the Reorganized Debtor, its creditors and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B) and (O); and due and adequate notice of the Motion having been given under the circumstances; and after due deliberation and cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED

2. The RFJN is GRANTED and this Court takes judicial notice of its exhibits.

3. The Reorganized Debtor is authorized to implement the FERC Overlay Order, including FERC's acceptance of the provisions of the Overlay Petition with respect to: (1) the methodologies for calculating the Class 6 and Class 7 Claims; (2) the refunds and other amounts comprising the Class 6 and Class 7 Claims; (3) the processes and Procedures for the allowance and distribution of payments with respect to the Class 6 and 7 Claims, as an alternative to the Allowance and Distribution Procedures set forth in Section B, Exhibit 3 of the Plan; and (4) the processes, Procedures, and funding for the wind down of CalPX operations; the closure of its chapter 11 case: and the dissolution of its corporate entity as set forth in the Overlay Petition and Rate Period 37 Acceptance.

4. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

/ / /

/ / /

/ / /

2

DOCS_LA:338938.2 12534/003

5. Subject to any concurrent jurisdiction and venue of the Federal Energy Regulatory Commission, this Court retains exclusive jurisdiction and exclusive venue with respect to all matters arising under, arising from or related to the implementation, interpretation, and enforcement of this Order.

###

Date: July 30, 2021

Erithe Smith
United States Bankruptcy Judge

DOCS_LA:338938.2 12534/003